# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

HEATHER MCDANIELS, : No. 574 MAL 2021
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
MICHAEL RUTTER, :
:
Respondent :

## ORDER

**PER CURIAM**

 **AND NOW**, this 23rd day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.